

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| KYRON ELDON CHILD A/K/A KYRON ELDON CILD, | § | No. 08-14-00108-CR |
|  | § | Appeal from the |
| Appellant, | § | Criminal District Court No.1 |
| v. | § | of Tarrant County, Texas |
| THE STATE OF TEXAS, | § | (TC# 1324778D) |
| State. | § |  |

# **O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until **October 28, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Charles M. Mallin, the State's Attorney, prepare the State's brief and forward the same to this Court on or before October 28, 2014.

IT IS SO ORDERED this 29th day of September, 2014.

PER CURIAM